# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                              **4:17-CR-00202-02-JM**

**TERRY WHITTIER, JR.**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 163) is DENIED.

At sentencing, Defendant had a guideline range of 188 to 235 months and was sentenced to 210 months.[1] Guidelines Amendment 821 lowers Defendant's criminal history score from 8 to 6, resulting in a new criminal history category of III and a new guideline range of 168 to 210 months. However, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[2] Because Defendant knowingly and voluntarily entered into his plea agreement, he is not entitled to relief.[3] Notably, under the plea agreement, Defendant avoided a 2-point enhancement for possession a dangerous weapon and a 2-point enhancement for maintaining a drug premises. So, the plea agreement provides Defendant a greater benefit than Amendment 821.

IT IS SO ORDERED this 23rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 121, 122.

[2] Doc. No. 107.

[3] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).